# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 7, 2025

## NO. 03-22-00708-CV

**Melanie Mock, Appellant**

**v.**

**St. David's Healthcare Partnership, LP, LLP, a Texas Limited Liability Partnership, Appellee**

### APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES TRIANA, THEOFANIS, AND ELLIS
### AFFIRMED IN PART; REVERSED AND REMANDED IN PART
### ON MOTION FOR REHEARING --
### OPINION BY JUSTICE ELLIS

This is an appeal from the judgment signed by the trial court on October 6, 2022. The Court withdraws its previous opinion and judgment issued February 21, 2025, and substitutes the attached opinion and this judgment in their place. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court affirms the trial court's summary judgment on Mock's breach-of-contract claim and reverses the summary judgment on Mock's DTPA and related UDJA claims. The portion of the judgment granting summary judgment on Mock's DTPA and related UDJA claims is reversed and remanded to the trial court for further proceedings consistent with this Court's opinion.

Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.